UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CV-00620-BR

| | |
|---|---|
| ROBERT WESLEY MILLER and JANE E. MILLER, ) ) ) Plaintiffs, ) ) v. ) ) 3M COMPANY a/k/a Minnesota Mining & ) Manufacturing Company, et al., ) ) Defendants. ) | ORDER |

This matter is before the court on the parties' joint motion to dismiss plaintiffs' claims against Defendant Warren Pumps, LLC, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The motion is ALLOWED, and it is therefore ORDERED that plaintiffs' claims against Defendant Warren Pumps, LLC, are hereby DISMISSED WITHOUT PREJUDICE.

This 25 April 2013.

W. Earl Britt
Senior U.S. District Judge