UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CV-620-BR

| | |
|---|---|
| JANE E. MILLER, individually and as personal representative of the Estate of Robert Wesley Miller, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | ORDER |
| 3M COMPANY a/k/a Minnesota Mining & Manufacturing Company, et al., ) ) ) | |
| Defendants. ) | |

This matter is before the court on the motion to dismiss plaintiff's claims against only Defendant HONEYWELL INTERNATIONAL INC., pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. There being no opposition, the motion is ALLOWED. IT IS, THEREFORE, ORDERED that plaintiff's claims against Defendant HONEYWELL INTERNATIONAL INC., are hereby DISMISSED WITH PREJUDICE.

This 5 December 2013.

  W. Earl Britt
  Senior U.S. District Judge