IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CV-620-BR

| | | |
|---|---|---|
| JANE E. MILLER, Individually and as | ) | |
| Personal Representative of the Estate of | ) | |
| ROBERT WESLEY MILLER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | ORDER |
| | ) | |
| 3M COMPANY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court, with the consent and approval of the parties, to dismiss the captioned Plaintiffs' claims against *only* Defendant Union Carbide Corporation, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure. The motion to dismiss is ALLOWED. **IT IS, THEREFORE, ORDERED** that the claims of Plaintiff Jane E. Miller, Individually and as Personal Representative of the Estate of Robert Wesley Miller, Deceased, against the Defendant Union Carbide Corporation, are hereby **DISMISSED WITHOUT PREJUDICE**.

This 30 December 2013.

_____
W. Earl Britt
Senior U.S. District Judge