UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CV-620-BR

JANE E. MILLER, individually and as       )
personal representative of the Estate of   )
Robert Wesley Miller,                      )
                                           )
      Plaintiff,                         )
                                           )
      v.                                 )      <u>ORDER</u>
                                           )
3M COMPANY a/k/a Minnesota Mining &        )
Manufacturing Company, et al.,             )
                                           )
      Defendants.                        )

      This matter is before the Court on the Joint Motion to Dismiss Plaintiff's claims against

only Defendant HENNESSY INDUSTRIES, INC. pursuant to Rule 41(a)(2) of the Federal Rules

of Civil Procedure.  There being no opposition, the motion is ALLOWED.  IT IS THEREFORE

ORDERED that Plaintiff's claims against Defendant HENNESSY INDUSTRIES, INC. are

hereby DISMISSED WITHOUT PREJUDICE.

      This 14 January 2014.


                                            _____
                                             W. Earl Britt
                                           Senior U.S. District Judge