UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CV-620-BR

| | |
|---|---|
| JANE E. MILLER, individually and as personal representative of the Estate of Robert Wesley Miller, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | ORDER |
| 3M COMPANY a/k/a Minnesota Mining & Manufacturing Company, et al., ) ) ) | |
| Defendants. ) | |

This matter is before the Court on the motion to dismiss plaintiff's claims against only Defendant J.T. THORPE & SON, INC., incorrectly named herein as "J-M Manufacturing Company (sued individually and as parent and alter ego to J-M A/C Pipe Corporation; J.T. Thorpe & Son, Inc.)" pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. There being no opposition, the motion is ALLOWED.

IT IS, THEREFORE, ORDERED that Plaintiff's claims against Defendant J.T. THORPE & SON, INC., incorrectly named herein as "J-M Manufacturing Company (sued individually and as parent and alter ego to J-M A/C Pipe Corporation; J.T. Thorpe & Son, Inc.)" are hereby DISMISSED WITHOUT PREJUDICE.

This 14 January 2014.

                                              W. Earl Britt
                                              Senior U.S. District Judge