IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-620-BR

| | |
|---|---|
| JANE E. MILLER, Individually and as the Personal Representative of the Estate of ROBERT WESLEY MILLER, <br><br> Plaintiffs, <br> vs. <br><br> 3M COMPANY a/k/a Minnesota Mining & Manufacturing Company, et al., <br><br> Defendants. | ORDER |

**THIS MATTER** is before the Court, with the consent and approval of the parties, to dismiss the claims of Plaintiffs Jane E. Miller, Individually and as the Personal Representative of the Estate of Robert Wesley Miller, against the Defendant Hopeman Brothers, Inc. There being no opposition, the Motion is ALLOWED.

**IT IS, THEREFORE, ORDERED** that the claims of the above-captioned Plaintiffs against the Defendant Hopeman Brothers, Inc. are hereby **DISMISSED WITHOUT PREJUDICE.** No other defendants are being dismissed by this Order and each party shall bear its own costs.

This 28 February 2014.

                                                              W. Earl Britt
                                                             Senior U.S. District Judge