**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

No. 5:12-cv-00620-BR

| | | |
|---|---|---|
| JANE E. MILLER, personal representative of the Estate of Robert Wesley Miller | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| 3M COMPANY a/k/a MINNESOTA MINING & MANUFACTURING COMPANY et al., | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Joint Motion to Dismiss Plaintiff's claims against only Defendant GEORGIA-PACIFIC LLC f/k/a GEORGIA-PACIFIC CORPORATION pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. There being no opposition, the motion is ALLOWED. IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant GEORGIA-PACIFIC LLC f/k/a GEORGIA-PACIFIC CORPORATION are hereby DISMISSED WITHOUT PREJUDICE.

This 9 April 2014.

_____
W. Earl Britt
Senior U.S. District Judge