IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-00620-BR

| | |
|---|---|
| JANE E. MILLER, Individually and as Personal Representative of the Estate of ROBERT WESLEY MILLER,<br><br>Plaintiff,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>Defendants. | **ORDER** |

THIS MATTER is before the Court upon the joint motion by Plaintiff, JANE E. MILLER, Individually and as Personal Representative of the Estate of ROBERT WESLEY MILLER, deceased, and Defendant, CAMERON INTERNATIONAL CORPORATION, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, to dismiss without prejudice all claims against CAMERON INTERNATIONAL CORPORATION in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against CAMERON INTERNATIONAL CORPORATION without prejudice, that there is no opposition, and that the motion should be granted for good causes shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiff, JANE E. MILLER, Individually and as Personal Representative of the Estate of ROBERT WESLEY MILLER, deceased, against Defendant, CAMERON INTERNATIONAL CORPORATION, be dismissed without prejudice, with each party to bear its own costs.

This 21 April 2014.

_____
W. Earl Britt
Senior U.S. District Judge