IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NO. 5:12-CV-00620

JANE E. MILLER, personal representative of the Estate of Robert Wesley Miller,

    Plaintiff,

v.

3M COMPANY a/k/a MINNESOTA MINNING & MANUFACTURING COMPANY, et. al.

    Defendants.

## ORDER

This matter is before the Court on the Joint Motion to Dismiss Plaintiff's claims against only Defendant VANDERBILT MINERALS LLC (formerly known as R.T. Vanderbilt Company, Inc.) pursuant to Rule 41(a)(2) of the Federals Rules of Civil Procedure. There being no opposition, the motion is ALLOWED. IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant VANDERBILT MINERALS LLC are hereby DISMISSED WITHOUT PREJUDICE.

This 6 May 2014.

                              W. Earl Britt
                              Senior U.S. District Judge