IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No 5:12-cv-00620-BR

JANE E. MILLER,

    Plaintiff,

v.

3M COMPANY a/k/a MINNESOTA MINING
& MANUFACTURING COMPANY, et al.

    Defendants.

**ORDER**

THIS MATTER is before the Court upon motion by Plaintiff and Defendant THE GOODYEAR TIRE & RUBBER COMPANY to dismiss without prejudice, all claims against THE GOODYEAR TIRE & RUBBER COMPANY in this matter, each party to bear their own costs. There being no opposition, the motion is ALLOWED. It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiff against Defendant THE GOODYEAR TIRE & RUBBER COMPANY is DISMISSED WITHOUT PREJUDICE, and each party bearing their own costs.

    This 6 May 2014.

                                W. Earl Britt
                                Senior U.S. District Judge