IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JANE E. MILLER, Individually and as the Personal Representative of the Estate of ROBERT WESLEY MILLER, <br><br>  Plaintiff, <br><br> vs. <br><br> 3M COMPANY a/k/a Minnesota Mining & Manufacturing Company, et al., <br><br>  Defendants. | 5:12-cv-00620 |

## ORDER

**THIS MATTER** is before the Court, with the consent and approval of the parties, to dismiss the claims of Plaintiff Jane E. Miller, Individually and as the Personal Representative of the Estate of Robert Wesley Miller, against the Defendant J-M Manufacturing Company, Inc. (sued individually and as parent and alter ego to J-M A/C Pipe Corporation). There being no opposition, and for good cause shown, the Motion is ALLOWED.

**IT IS, THEREFORE, ORDERED** that the claims in the above-captioned case against the Defendant J-M Manufacturing Company, Inc. are hereby **DISMISSED WITHOUT PREJUDICE.** No other defendants are being dismissed by this Order. Each party shall bear its own costs.

This 6 May 2014.

                                                                                         W. Earl Britt
                                                                                         Senior U.S. District Judge