IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-cv-00620-BR

Jane E. Miller, Personal Representative )
of the Estate of Robert Wesley Miller, )
Deceased, )
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　　　　)
　　　　v. )　　**ORDER**
　　　　　　　　　　　　　　　　　　　　　)
3M Company f/k/a Minnesota Mining )
and Manufacturing Company, et al., )
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants. )

THIS MATTER is before the Court on the Joint Motion to Dismiss Plaintiff's claims against Defendant Ford Motor Company only pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. There being no opposition, the motion is ALLOWED.

IT IS, THEREFORE, ORDERED that Plaintiff's claims against Defendant Ford Motor Company are hereby DISMISSED WITHOUT PREJUDICE.

This 14 May 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　W. Earl Britt
　　　　　　　　　　　　　　　　　　　　　　　　　Senior U.S. District Judge