IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-cv-620-BR

| | |
|---|---|
| Jane E. Miller, Personal Representative of the Estate of Robert Wesley Miller, Deceased, ) ) ) Plaintiff, ) vs. ) ) 3M Company a/k/a Minnesota Mining & Manufacturing Company, et al. ) ) ) Defendants. ) ) | **ORDER** |

This matter is before the Court upon motion by plaintiff, Jane E. Miller, Personal Representative of the Estate of Robert Wesley Miller, deceased, and Defendant NACCO Materials Handling Group, Inc. (sued individually and as successor-in-interest to Hyster Company and Yale Materials Group, Inc.), to dismiss without prejudice all claims against NACCO Materials Handling Group, Inc. in this matter.

For good cause shown and without opposition, the motion is GRANTED;

IT IS THEREFORE ORDERED that the action of Plaintiff, Jane E. Miller, Personal Representative of the Estate of Robert Miller, deceased against Defendant NACCO Materials Handling Group, Inc., is DISMISSED WITHOUT PREJUDICE. Each party to bear its own costs.

This 14 May 2014.

_____
W. Earl Britt
Senior U.S. District Judge