IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-cv-00620-BR

| | |
|---|---|
| Jane E. Miller, Personal Representative of the Estate of Robert Wesley Miller, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> 3M Company a/k/a Minnesota Mining & Manufacturing Company, et al. <br><br> Defendants. | **ORDER** |

This matter is before the Court upon motion by plaintiff, Jane E. Miller, Personal Representative of the Estate of Robert Wesley Miller, deceased, and Defendant Deere & Company d/b/a John Deere, to dismiss without prejudice all claims against Deere & Company d/b/a John Deere in this matter.

For good cause shown and without opposition, the motion is GRANTED;

IT IS THEREFORE ORDERED that the action of Plaintiff, Jane E. Miller, Personal Representative of the Estate of Robert Miller, deceased against Defendant Deere & Company d/b/a John Deere, is DISMISSED WITHOUT PREJUDICE. Each party to bear its own costs.

This 14 May 2014.

W. Earl Britt
Senior U.S. District Judge