IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-00620-BR

| | |
|---|---|
| Jane E. Miller, Personal Representative of the Estate of Robert Wesley Miller, Deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | )     **ORDER** ) |
| 3M Company a/k/a Minnesota Mining & Manufacturing Company, et al., | ) ) ) |
| Defendants. | ) |

This matter is before the court on the parties' joint motion to dismiss plaintiff's claims against Defendant MAREMONT CORPORATION, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The motion is ALLOWED, and it is therefore ORDERED that plaintiffs' claims against Defendant MAREMONT CORPORATION are hereby DISMISSED WITHOUT PREJUDICE.

This 15 May 2014.

                                                  W. Earl Britt
                                                  Senior U.S. District Judge