IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-620-BR

JANE E. MILLER,

    Plaintiff,

v.

3M COMPANY a/k/a MINNESOTA MINING & MANUFACTURING COMPANY, et al.,

    Defendants.

**ORDER**

THIS MATTER is before the Court upon motion by Plaintiff JANE E. MILLER, and Defendant, CNH AMERICA LLC, to dismiss without prejudice, all claims against CNH AMERICA LLC in this matter, each party to bear their own costs;

For good cause shown and without opposition, the motion is GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiff JANE E. MILLER, against Defendant, CNH AMERICA LLC, be dismissed without prejudice, each party bearing their own costs.

This 3 June 2014.

                                                W. Earl Britt
                                                Senior U.S. District Judge