IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-cv-00620-BR

| | |
|---|---|
| JANE E. MILLER, personal representative of the Estate of Robert Wesley Miller, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| 3M COMPANY a/ka MINNESOTA MINING & MANUFACTURING COMPANY et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Joint Motion to Dismiss Plaintiffs' claims against only Defendant AGCO CORPORATION pursuant to Rule 41(a)(2) of the Federal Rule of Civil Procedure. There being no opposition, the motion is ALLOWED. IT IS THEREFORE ORDERED THAT Plaintiffs' claims against Defendant AGCO CORPORATION are hereby DISMISSIED WITHOUT PREJUDICE.

This the 27 day of __June__, 2014.

_____
Senior U.S. District Court Judge