IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Jane E. Miller, Personal Representative of the Estate of Robert Wesley Miller, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> 3M Company a/k/a Minnesota Mining & Manufacturing Company, et al. <br><br> Defendants. | Case No. 5:12-cv-00620-BR <br><br><br> **ORDER** |

This matter is before the Court upon motion by plaintiff, Jane E. Miller, Personal Representative of the Estate of Robert Wesley Miller, deceased, and Defendant Alfa Laval Inc., incorrectly sued as Alfa Laval, Inc. (sued individually and as successor-in-interest to Sharples Corporation), hereinafter referred to as "Alfa Laval Inc.," to dismiss without prejudice all claims against Alfa Laval Inc. in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against Alfa Laval Inc. without prejudice, and that the motion should be granted for good cause shown;

IT IS THEREFORE ORDERED that the action of Plaintiff, Jane E. Miller, Personal Representative of the Estate of Robert Miller, deceased against Alfa Laval Inc., be DISMISSED WITHOUT PREJUDICE. Each party to bear its own costs.

This the 27 day of June, 2014.

_____
Senior United States District Court Judge