IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Jane E. Miller, Personal Representative of the Estate of Robert Wesley Miller, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>3M Company a/k/a Minnesota Mining & Manufacturing Company, et al.<br><br>Defendants. | Case No. 5:12-cv-00620-BR<br><br>**ORDER** |

This matter is before the Court upon motion by plaintiff, Jane E. Miller, Personal Representative of the Estate of Robert Wesley Miller, deceased, and Defendant Atwood & Morrill, improperly pled as Weir Valves & Controls USA, Inc. f/k/a Atwood & Morrill, hereinafter referred to as "Atwood & Morrill," to dismiss without prejudice all claims against Atwood & Morrill in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against Atwood & Morrill without prejudice, and that the motion should be granted for good cause shown;

IT IS THEREFORE ORDERED that the action of Plaintiff, Jane E. Miller, Personal Representative of the Estate of Robert Miller, deceased against Atwood & Morrill, be DISMISSED WITHOUT PREJUDICE. Each party to bear its own costs.

This the 27 day of June, 2014.

_____
Senior United States District Court Judge