IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Jane E. Miller, Personal Representative of the Estate of Robert Wesley Miller, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> 3M Company a/k/a Minnesota Mining & Manufacturing Company, et al. <br><br> Defendants. | Case No. 5:12-cv-00620-BR <br><br><br> **ORDER** |

This matter is before the Court upon motion by plaintiff, Jane E. Miller, Personal Representative of the Estate of Robert Wesley Miller, deceased, and Defendant Crane Co., sued as Crane Co. (sued individually and as successor-in-interest to Cochrane Corporation and Chapman Valve Company), hereinafter referred to as "Crane Co.," to dismiss without prejudice all claims against Crane Co. in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against Crane Co. without prejudice, and that the motion should be granted for good cause shown;

IT IS THEREFORE ORDERED that the action of Plaintiff, Jane E. Miller, Personal Representative of the Estate of Robert Miller, deceased against Crane Co., be DISMISSED WITHOUT PREJUDICE. Each party to bear its own costs.

This the 27 day of June, 2014.

Senior United States District Court Judge