IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Jane E. Miller, Personal Representative of the Estate of Robert Wesley Miller, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> 3M Company a/k/a Minnesota Mining & Manufacturing Company, et al. <br><br> Defendants. | Case No. 5:12-cv-00620-BR <br><br><br> **ORDER** |

This matter is before the Court upon motion by plaintiff, Jane E. Miller, Personal Representative of the Estate of Robert Wesley Miller, deceased, and Defendant Crane Environmental, Inc., sued as Crane Environmental, Inc. (sued individually and as successor-in-interest to Cochrane Corporation), hereinafter referred to as "Crane Environmental, Inc.," to dismiss without prejudice all claims against Crane Environmental, Inc. in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against Crane Environmental, Inc. without prejudice, and that the motion should be granted for good cause shown;

IT IS THEREFORE ORDERED that the action of Plaintiff, Jane E. Miller, Personal Representative of the Estate of Robert Miller, deceased against Crane Environmental, Inc., be DISMISSED WITHOUT PREJUDICE. Each party to bear its own costs.

This the 27 day of June, 2014.

_____
United States District Court Judge