THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-00620-BR

| | |
|---|---|
| JANE MILLER, personal representative of the Estate of Robert Wesley Miller, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| 3M COMPANY a/k/a MINESOTA MINING & MANUFACTURING COMPANY, *et al.* | ) ) ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Joint Motion to Dismiss Plaintiff's claims against only Defendant THE WILLIAM POWELL COMPANY pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. There being no opposition, the motion is ALLOWED. IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant THE WILLIAM POWELL COMPANY, are hereby DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs.

This 7 July 2014.

W. Earl Britt
Senior U.S. District Judge