THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CV-620-BR

| | |
|---|---|
| JANE E. MILLER, individually and as personal representative of the Estate of ROBERT WESLEY MILLER, <br><br> Plaintiff, <br><br> v. <br><br> 3M COMPANY, *et al.*, <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the Joint Motion to Dismiss Defendant IMO Industries, Inc.

For the reasons stated in the Joint Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion is **GRANTED**, and the claims of the Plaintiff Jane E. Miller, individually and as personal representative of the Estate of Robert Wesley Miller against Defendant IMO Industries, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**. To the extent that any cross-claims by Defendant IMO Industries, Inc. exist, those cross-claims are also hereby dismissed.

This 8 September 2014.

_____
W. Earl Britt
Senior U.S. District Judge