IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No: 5:12-CV-00620-BR

JANE E. MILLER, Personal Representative )
of the Estate of ROBERT WESLEY )
MILLER, Deceased )
)
Plaintiff, )
)
v. )
)
3M COMPANY, et al )
)
Defendants. )
)

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court, with the consent and approval of the parties, to dismiss the captioned Plaintiffs' claims against Defendant General Electric Company pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure.

For cause shown,

IT IS, THEREFORE, ORDERED that the claims of Plaintiff Jane E. Miller, Personal Representative of the Estate of Robert Wesley Miller, Deceased against the Defendant General Electric Company are hereby **DISMISSED WITH PREJUDICE** each party to bear their own costs.

This 9 September 2014.

_____
W. Earl Britt
Senior U.S. District Judge